UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA )

    Plaintiff, )

                        Case:2:15-cr-20098
                        Judge: Goldsmith, Mark A.
                        MJ: Majzoub, Mona K.
-vs-                   Filed: 02-24-2015 At 03:29 PM
                        INFO USA V LIP BOR NG (LH)

LIP BOR NG (a.k.a. PAUL WU) )

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(*18 U.S.C. § 371 -Conspiracy*)

D-1 LIP BOR NG (a.k.a. PAUL WU)

From approximately October 2010 until approximately October 13, 2011, in the Eastern District of Michigan, defendant LIP BOR NG (a.k.a. PAUL WU) did unlawfully, willfully, and knowingly conspire and agree with other persons to:

(A) Knowingly and intentionally commit an offense against the United States, specifically, to knowingly submit false and misleading export information to the United States through Shipper's Export Declarations (SEDs) and the Automated

Export System (AES), including by falsely and misleadingly identifying the contents of the shipping containers labeled DFSU 6041150, CCLU 7288210, and CCLU 7347919, in violation of Title 13, United States Code, Section 305;

(B) Smuggle by fraudulently and knowingly facilitating the transportation, concealment, and sale of merchandise, articles, and objects, specifically, cathode ray tube (CRT) monitors, prior to export, knowing that such CRT monitors were intended for export contrary to any law and regulation of the United States, specifically, 13 U.S.C. § 305, 42 U.S.C. § 6928(d)(4) and 42 U.S.C. § 6928(d)(6), in violation of Title 18, United States Code, Section 554; and

(C) Knowingly export and cause to be exported hazardous waste, specifically, CRT monitors, in shipping containers labeled DFSU 6041150, CCLU 7288210, and CCLU 7347919 and, in connection with those exports, fail to file a Notification of Intent to Export with the United States Environmental Protection Agency as required under 40 C.F.R. § 262.53, in violation of Title 42, United States Code, Section 6928(d)(4).

## OVERT ACTS

In furtherance of the unlawful conspiracy, and to effect its objectives, defendant LIP BOR NG (a.k.a. PAUL WU), with others committed the following overt acts, among others:

1. On or about May 4, 2011, a fraudulent SED was submitted to the AES, an electronic database maintained by the United States Department of Commerce, Census Bureau, declaring that the shipping container labeled DFSU 6041150 contained the commodity "HTS [Harmonized Tariff System] 3915900010 Plastics, waste pairings, and scrap, polyethylene terephtelate," when, in fact, it contained various types of used electronics and computer components, including 27 used CRT monitors.

2. On or about May 4, 2011, a fraudulent SED was submitted to the AES, declaring that the shipping container labeled CCLU 7288210 contained the commodity "HTS 3915900010 Plastics, waste pairings, and scrap, polyethylene terephtelate," when, in fact, it contained various types of used electronics and computer components, including 19 used CRT monitors.

3. On or about June 16, 2011, a fraudulent SED was submitted to the AES, declaring that the shipping container labeled CCLU 7347919 contained the commodity "plastic scrap" and "metal scrap" when, in fact, it contained various types of used electronics and computer components, including approximately 75 used CRT monitors.

All in violation of Title 18, United States Code, Section 371.

BARBARA MCQUADE
United States Attorney
Eastern District of Michigan

/s/Jennifer Blackwell
Jennifer Blackwell
Trial Attorney
Environmental Crimes Section
601 D Street, N.W.
Washington, D.C. 20004
Jennifer.blackwell2@usdoj.gov
(202) 305-0360

/s/Lynn M. Dodge
LYNN DODGE
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Email: lynn.dodge@usdoj.gov
(313) 226-0205

Dated: February 24, 2015

|  |  |  |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:15-cr-20098<br>Judge: Goldsmith, Mark A.<br>MJ: Majzoub, Mona K.<br>Filed: 02-24-2015 At 03:29 PM<br>INFO USA V LIP BOR NG (LH) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes       ☒ No | AUSA's Initials: |

**Case Title:** USA v. Lip Bor Ng a.k.a. Paul Wu

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____ Indictment/ ✓ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 24, 2015                  */s/ Lynn M. Dodge*
_____             _____
       Date                        Lynn M. Dodge
                                   Assistant United States Attorney
                                   211 W. Fort Street, Suite 2001
                                   Detroit, MI 48226-3277
                                   Phone: (313) 226-0205
                                   Fax:   (313) 226-2873
                                   E-Mail address: Lynn.Dodge@usdoj.gov
                                   Attorney Bar #: P38136

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                                                                 04/13